UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOROTHY LANDERS, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　　　　　　Defendant. | NO: 2:16-CV-417-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation of Dismissal, ECF No. 12. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulation of Dismissal, **ECF No. 12**, is **APPROVED**.

    2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

    3. All pending motions, if any, are **DENIED AS MOOT**.

    4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  The District Court Clerk is directed to enter this Order, provide copies to
2  counsel, and **close this case**.
3  **DATED** May 1, 2017.

                                    *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                      United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2